

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00481-CV

Dr. Rudolph **THEOBALD**,
Appellant

v.

**MORRIS VENTURES, LLC**,
Appellee

From the 352nd District Court, Tarrant County, Texas
Trial Court No. 352-253807-11
Honorable Bonnie Sudderth, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are taxed against Appellant Dr. Rudolph Theobald.

SIGNED July 3, 2013.

_____
Patricia O. Alvarez, Justice